NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petitioner for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 1998-0126.

ON MOTION

Before LINN, Circuit Judge.

## ORDER

Susan Thompson moves for an extension of time, until April 14, 2009, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Susan Thompson
Lauren A. Weeman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 14 2009

JAN HORBALY
CLERK